Matter of Robinson (Commissioner of Labor) (2024 NY Slip Op 03372)

Matter of Robinson (Commissioner of Labor)

2024 NY Slip Op 03372

Decided on June 20, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 20, 2024

CV-23-2224
[*1]In the Matter of the Claim of Carol Robinson, Appellant. Commissioner of Labor, Respondent.

Calendar Date:May 24, 2024

Before:Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Powers, JJ.

Carol Robinson, Queens, appellant pro se.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed October 17, 2023, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.
Decision affirmed. No opinion.
Garry, P.J., Aarons, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that the decision is affirmed, without costs.